Submitted September 28, affirmed November 4, 2020, petition for review denied February 4, 2021 (367 Or 535)

In the Matter of M. L. U.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

D. M.,
*Appellant.*

Malheur County Circuit Court
20JU01043; A173907

476 P3d 125

Lung S. Hung, Judge.

Shannon Storey, Chief Defender, Juvenile Appellate Section, and Tiffany Keast, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Inge D. Wells, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *Dept. of Human Services v. L. J. W.*, 302 Or App 126, 460 P3d 540, *rev den*, 367 Or 75 (2020).